IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CERNIGLIA, | 1:06-CV-1767 OWW WMW HC |
| Petitioner, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| STEVEN MAYBERG, et al., | (Doc. 2) |
| Repondents. | |

Petitioner, Steven Robert Cerniglia ("petitioner") is a civil detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed his petition for writ of habeas corpus on November 15, 2006.

Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000)

In the instant action, petitioner filed an application to proceed in forma pauperis  Examination of these documents reveals that petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

**Dated:     December 13, 2006**            **/s/  William M. Wunderlich**
bl0dc4                                                    UNITED STATES MAGISTRATE JUDGE