# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CERNIGLIA, | Old case #1:06-CV-01767 OWW WMW HC |
| | **New case #1:06-CV-01767 OWW JMD HC** |
| Petitioner, | |
| v. | ORDER OF REASSIGNMENT |
| STEVEN MAYBERG, et al., | |
| Respondents. | |

Pursuant to the Order of Recall in the Matter of the Recall Appointment of: John M. Dixon, Jr., United States Magistrate Judge, Retired, effective May 11, 2007,

IT IS HEREBY ORDERED that this action is reassigned to Magistrate Judge John M. Dixon, Jr., to perform such duties of the office of magistrate judge as provided by the district court.

The new case number for this action, which must be used on all future documents filed with the court, is:

**1:06-CV-01767 OWW JMD HC**

All dates currently set in the reassigned action shall remain pending subject to further order of the court.

IT IS SO ORDERED.

**Dated:   September 29, 2008**          /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE