1

2

3

4

5

6

7

8
## UNITED STATES DISTRICT COURT

9
### EASTERN DISTRICT OF CALIFORNIA

10

11  STEVEN ROBERT CERNIGLIA, et al.,      )      1:06-CV-1767 OWW JMD HC
                                         )
12          Petitioners,                 )
                                         )      ORDER REQUIRING PETITIONERS TO
13      v.                               )      SUBMIT APPLICATION FOR CLASS
                                         )      ACTION STATUS
14  STEVEN MAYBERG, et al.,              )
                                         )
15          Respondents.                 )
                                         )
16  _____  )

17

18          Petitioners, who are housed at Coalinga and Atascadero State Hospitals under civil,

19  involuntary commitments, are proceeding pro se with a petition for writ of habeas corpus pursuant to

20  28 U.S.C. § 2254.

21          The petition raises the following constitutional claims: 1) violation of Fourth and Fourteenth

22  Amendment rights when Petitioners are placed in the custody of the California Department of

23  Corrections (CDC) for transportation; and 2) violation of equal protection and due process rights

24  when CDC officers operate the Patient Visiting Registration Desk at Coalinga State Hospital.

25  Petitioner Cerniglia and other specific individuals seek to assert these claims on behalf of the entire

26  class of similarly-situated individuals at Coalinga and Atascadero.

27          The petition and traverse repeatedly refer to an "Application for Class Action Status" that

28  was allegedly filed concurrently with the petition.  (See e.g., Petition, Memorandum of Points and

    Authorities at 1 n.1, 6, 20 n.2; Traverse at 2.)   The Court, however, is not in possession of such an

1   application.  Petitioners will therefore be ordered to file a copy of the Application for Class Action

2   Status so the Court can properly adjudicate their claims.

3          The Court HEREBY ORDERS as follows:

4          Petitioners are to file with the Court, within 20 days of the date of service of this order, a

5   copy of their Application for Class Action Status.

6

7   IT IS SO ORDERED.

8

**Dated:    October 1, 2008         _____    /s/ John M. Dixon_____**

9                                                UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28