IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CERNIGLIA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STEVEN MAYBERG, et al., ) <br>     Respondents. ) <br> ) <br> _____ ) | 1:06-CV-01767 OWW JMD HC <br><br> ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION <br><br> (DOCUMENT #25) <br><br> TEN DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

    On October 30, 2008, this Court ordered Respondent to file an answer addressing the merits of the claims raised in the petition for writ of habeas corpus. On December 12, 2008, Petitioner filed a motion to extend time to file an answer .

    Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

    Petitioner is granted ten (10) days from the date of service of this order in which to file an answer addressing the merits of the claims presented in the petition.

IT IS SO ORDERED.

**Dated:   December 12, 2008**          _/s/ John M. Dixon_
                                                                     UNITED STATES MAGISTRATE JUDGE