IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN ROBERT CERNIGLIA, | ) | 1:06-CV-01767 OWW JMD HC |
| Petitioner, | ) ) ) | ORDER DENYING PETITIONER'S REQUEST FOR JUDICIAL NOTICE [Doc. 31] |
| v. | ) ) | |
| STEVEN MAYBERG, et al., Respondents. | ) ) ) ) | |

Petitioner is a State prisoner proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On January 13, 2009, Petitioner filed a request for judicial notice of, "attached Newly discovered/Obtained evidence." (Court Doc. 31). Petitioner attached to that request:

Exhibit A, consisting of: a complaint form filed by Petitioner, dated August 4, 2008, along with a letters from the California Department of Mental Health to Petitioner, Stephanie Schaefer (Petitioner's sister), and Daniel Wagoner, a patient's rights advocate;

Exhibit B, consisting of: a complaint form filed by Riley Noonkester on August 8, 2008, along with letters from Mr. Wagoner and the California Department of Mental Health;

Exhibit C, consisting of: a complaint form filed by Ruben Seja, along with a letter from Mr. Wagoner;

Exhibit D, consisting of: several complaint forms filed by a patient identified as R.E. Grassini and/or Randee Grassini, along with a letter from Mr. Wagoner, and the Classification Services Unit;

Exhibit E, consisting of a letter from Darrell Richardson dated August 31, 2008, and a letter from the California Department of Mental Health to Mr. Richardson;

1       Exhibit F, consisting of a complaint form from Daniel Cebada dated November 6, 2007; and

3       Exhibit G, consisting of a complaint form from Aaron Wheeler, dated December 29, 2008.

5 While these documents may be submitted as evidence for the Court to review, the Court does not find that they are appropriate for judicial notice. *See* Fed.R.Evid. 201(b) ("A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned").

10       Accordingly, IT IS HEREBY ORDERED that Petitioner's request for judicial notice be DENIED.

13 IT IS SO ORDERED.

**Dated:    August 4, 2009**                            **/s/ John M. Dixon**
                                                                            UNITED STATES MAGISTRATE JUDGE