1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN ROBERT CERNIGLIA,          )   1:06-CV-01767 OWW JMD HC
                                        )
12              Petitioner,             )   ORDER DENYING PETITIONER'S
                                        )   REQUEST FOR SUBPOENA DUCES
13        v.                            )   TECUM [Doc. 33]
                                        )
14   STEVEN MAYBERG, et al.,            )
                Respondents.            )
15                                      )
                                        )
16   _____ )

17        Petitioner is a State prisoner proceeding *pro se* in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.

19        On January 16, 2009, Petitioner filed a motion seeking subpoena duces tecum authority

20   from the court in an effort to obtain evidence in this instant action.  (Court Doc. 33).  Petitioner is

21   requesting that the Court order Coalinga State Hospital to produce documentation and

22   photographs of several petitioners' physical state upon their return from outside medical

23   appointments.

24        Petitioner encloses declaration by Ruben Seja, James W. Wright Jr., David James Harney,

25   Cornelius Boule, and Betty Harney, alleging they suffered physical injury at the hands of

26   California Department of Corrections and Rehabilitation officers and that Coalingha State

27   Hospital employees inspected those injuries.[1]  As Petitioner fails to specify in his motion the

28   _____

[1]Petitioner's declaration is also included in his motion.  However, Petitioner does not allege in his declaration that he, himself, suffered injuries that were documented by the Coalinga State Hospital staff and thus Petitioner's declaration is not relevant to this motion,

1   identity of the individuals whose physical state he is seeking to prove with the requested

2   documentation, the Court can only assume he is asking for the records pertaining to the above

3   named individuals.

4          As noted by Respondent, the Court has previously denied Petitioner's application for class

5   action status.  None of the above named individuals were included in the Court's October 29,

6   2009, order as petitioners with standing in this instant action.  Consequently, the information as to

7   these individuals are irrelevant to the instant action.

8          Furthermore, the Court notes that pursuant to Rule 6(a) of the Rules Governing Section

9   2254 Cases, the leave of the of the Court is required before discovery may occur.  Thus, good

10  cause must be established before a judge may " authorize a party to conduct discovery under the

11  Federal Rules of Civil Procedure and may limit the extent of discovery."  *Id*.  No such order has

12  been issued by the Court and Petitioner has failed to make a good cause showing.

13         Accordingly, for the above stated reasons, Petitioner's motion for subpoena duces tecum is

14  DENIED.

15  IT IS SO ORDERED.

16  **Dated:   August 24, 2009**                            **/s/ John M. Dixon**
                                                 UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28